AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MICHAEL KOODEN, BARBARA KOODEN,
JAN FEEHLEY, and GEORGE FEEHLEY,

      Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

      **V.**

CASE NUMBER: 4:25-cv-00231

DEAN FLAKE; WELLS FARGO BANK,
NATIONAL ASSOCIATION (INC.); and
TRUIST BANK,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated April 30, 2026, Plaintiff's Motion to Remand is

granted. This case is remanded to the State Court of Chatham County, Georgia. This case stands

closed.

4/30/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/1/03